In the Matter of the Application for the Removal of HENRY PERL as Police Justice of the Incorporated Village of Island Park, Nassau County, New York.— Proceeding dismissed. The third charge discloses no misappropriation of moneys, merely irregularity in the form and manner of complying with statutory provisions for a short period. No recurrence in this respect is likely. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

In the Matter of the Petition of MARY C. WHITE, as Executrix, etc., of FREDERICK F. WHITE, Deceased, and of JAMES M. GRAY, as Sole Surviving Substituted Trustee under the Will of SARAH E. WHITE, Late of the County of Kings, Deceased, to Render and Settle the Accounts of Said JAMES M. GRAY, as Such Trustee, and of Said FREDERICK F. WHITE, as Executor of and Trustee under Said Will of Said SARAH E. WHITE Down to the Time of His Death. GERTRUDE THORNE BARTLETT and Another, Appellants; MARY M. KASSON and Others, Respondents. —Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

JOHN KELEHER, Plaintiff, v. MANUFACTURERS TRUST COMPANY, Appellant, Impleaded with MATTHEW FRANK, as Executor, etc., of CORNELIUS S. O'KEEFE, Respondent.— Motion for leave to appeal to the Appellate Division denied. with ten dollars costs. Present — Young, Scudder, Tompkins and Davis, JJ.; Lazansky, P. J., not voting.

PETER KERAVICH, Respondent, v. JOHN TURASH and Another, etc., Appellants.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

EVELYN F. LOWENSTEIN, Respondent, v. THE CHLORAL CHEMICAL Co., INC., Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

OTTO E. MILLER, Respondent, v. FRED W. SMYTHE, Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

DAVID J. OLIVER, Respondent, v. SAMUEL KAPLAN, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH F. PETTIT, Relator, v. WILLIAM SCHROEDER, JR., Chairman of the Sanitary Commission of the Department of Sanitation of the City of New York, Respondent.— Motion for reargument denied. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.